UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE WAYNE KUBAT,<br><br>        Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No.  2:20-cv-1237-KJN<br><br>ORDER GRANTING IFP REQUEST AND DIRECTING SERVICE<br><br>(ECF No. 2) |

Plaintiff has requested leave to proceed without the prepayment of fees and costs, also referred to as in forma pauperis, pursuant to 28 U.S.C. § 1915.[1]  Plaintiff submitted the required affidavit, which demonstrates that Plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1.     Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

2.     The Clerk of the Court is directed to serve a copy of this order on the United States Marshal;

3.     Within 14 days from the date of this order, Plaintiff shall submit to the United States Marshal an original and five copies of the completed summons, five copies

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15) and 28 U.S.C. § 636(b)(1).

1            of the complaint, five copies of the scheduling order, and a completed USM-285

2            form, *and shall file a statement with the Court that such documents have been*

3            *submitted to the United States Marshal*;

4     4.    The United States Marshal is directed to serve all process without prepayment of

5            costs not later than 60 days from the date of this order.  Service of process shall be

6            completed by delivering a copy of the summons, complaint, and scheduling order

7            to the United States Attorney for the Eastern District of California, and by sending

8            two copies of the summons, complaint, and scheduling order by registered or

9            certified mail to the Attorney General of the United States at Washington, D.C.

10           See Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the

11           summons, complaint, and scheduling order by registered or certified mail to the

12           Commissioner of Social Security, c/o Office of General Counsel, Region IX, 160

13           Spear Street, Suite 800, San Francisco, CA, 94105-1545.  See Fed. R. Civ. P.

14           4(i)(2).  *The United States Marshal shall thereafter file a statement with the Court*

15           *that such documents have been served*; and

16     5.    The parties are hereby notified that, <u>after service of the complaint, this action will</u>

17           <u>be STAYED pursuant to General Order Number 615</u>, and there will be no

18           scheduling order or deadlines in effect pending further order of the court.  See E.D.

19           Cal. G.O. No. 615, Paragraphs 6,10.

20   Dated:  June 23, 2020

21

22                                          KENDALL J. NEWMAN

23                                          UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28